UNITED STATES of America, Plaintiff–Appellee

v.

Jesse Wayne WILLIAMS; Archie Roy Jackson; James Bernis Midkiff, Defendants–Appellants.

No. 07–30980.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

July 20, 2009.

Brett L. Grayson, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Jesse Wayne Williams, pro se.

Before JOLLY, WIENER, and ELROD, Circuit Judges.

---

**550**

PER CURIAM: *

The attorney appointed to represent Jesse Wayne Williams has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Williams filed a response requesting the appointment of new counsel. Our independent review of the record, counsel's brief, and Williams's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, Williams's request for the appointment of new counsel is DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.